UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BOSTON DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, BAY STATE COUNCIL OF THE BLIND, BRIAN CHARLSON, and KIM CHARLSON,<br><br>Plaintiffs,<br><br>v.<br><br>HULU LLC,<br><br>Defendant. | Civil Action No. 1:17-cv-12285-PBS<br><br>Chief Judge Saris<br><br>UNOPPOSED STIPULATED REQUEST TO STAY LITIGATION FOR 120 DAYS PENDING SETTLEMENT NEGOTIATIONS<br><br>*[L.R. 5.1(c)]* |

### *UNOPPOSED* JOINT STIPULATION AND MOTION TO STAY LITIGATION FOR 120 DAYS PENDING SETTLEMENT NEGOTIATIONS

Plaintiffs American Council of the Blind, Bay State Council of the Blind, Brian Charlson, and Kim Charlson ("Plaintiffs") and Defendant Hulu LLC ("Defendant") (together, the "Parties"), through their undersigned counsel, hereby stipulate and jointly move for an order temporarily staying all litigation in this case for 120 days while the Parties engage in structured settlement negotiations in an attempt to informally resolve this case at the earliest possible stage. In support of the Stipulated Motion, Plaintiffs and Defendant jointly state as follows:

1. On November 20, 2017, Plaintiffs commenced this civil action by filing their Complaint. (Dkt. # 1).

2. The Parties promptly conferred on the possibility of resolving this case through structured settlement negotiations before undertaking significant litigation and motion practice.

1

3. On February 20, 2018, the Parties reached consensus on a Structured Settlement Negotiations Agreement ("the Agreement") outlining the topics to be discussed in negotiations and a streamlined procedure for the Parties' discussions.

4. The Parties plan to informally exchange necessary information and engage in productive negotiations, but agree that these negotiations would be compromised by simultaneous discovery and motion practice.

Based on the foregoing, the Parties respectfully request that this Court enter an order:

(i) Staying this action for all purposes for a period of 120 days so that the Parties can focus on and conduct structured negotiations; and

(ii) Scheduling a date for the Parties to file a joint report, or other event that will permit the Parties to update the Court on the progress of settlement efforts following the conclusion of the 120-day requested stay.

Respectfully submitted,

Dated: February 20, 2018

AMERICAN COUNCIL OF THE BLIND, BAY STATE COUNCIL OF THE BLIND, BRIAN CHARLSON, and KIM CHARLSON

By:   /s/ Caitlin Parton
     Caitlin Parton
     cparton@dlc-ma.org
     BBO No. 690970
     Stanley J. Eichner
     seichner@dlc-ma.org
     BBO No. 543139
     DISABILITY LAW CENTER, INC.
     11 Beacon Street Suite 925
     Boston, MA 02108
     Tel.: 617-723-8455
     Fax: 617-723-9125

By: *Rebecca S Williford*

Rebecca Williford, admitted *pro hac vice*
rwilliford@dralegal.org
CA Bar # 269977
Sidney Wolinsky, admitted *pro hac vice*
swolinsky@dralegal.org
CA Bar # 33716
Meredith Weaver, admitted *pro hac vice*
mweaver@dralegal.org
CA Bar #299328
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, CA 94704
Tel: (510) 665-8644
Fax: (510) 665-8511

Dated: February 20, 2018

HULU LLC

By: /s/ Julie O'Neill

Julie O'Neill (BBO No. 645880)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1888
202-887-8764
joneill@mofo.com

# [PROPOSED] ORDER

## *UNOPPOSED* JOINT STIPULATION AND MOTION TO STAY LITIGATION FOR 120 DAYS PENDING SETTLEMENT NEGOTIATIONS

The Court has reviewed the Stipulated Motion of Plaintiffs American Council of the Blind, Bay State Council of the Blind, Brian Charlson, and Kim Charlson and Defendant Hulu LLC (collectively "the Parties") requesting: (i) a temporary stay of all litigation in this case for 120 days while the Parties engage in settlement negotiations in an attempt to arrive at an early resolution of this matter; and (ii) the scheduling of a date for the Parties to file a joint report, or other event that will permit the Parties to update the Court on the progress of settlement efforts following the conclusion of the 120-day requested stay. For good cause shown, the Court grants the Stipulated Motion and Orders as follows:

1. This action is temporarily stayed for all purposes to enable the Parties to focus on and conduct early settlement efforts; and

2. The parties shall file a status report no later than June 20, 2018.

IT IS SO ORDERED.

Dated:  By: _____
            Hon. Patti B. Saris
            Chief U.S. District Judge

**CERTIFICATE OF SERVICE**

I, Jacqueline Uranga, hereby certify that a copy of the foregoing document has been served upon all opposing counsel of record by ECF on this 20th day of February, 2018.

                                              Jacqueline Uranga