# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>American Counsil of the Blind</u>
        Plaintiff

V.

CIVIL ACTION

NO. <u>17- 12285 -PBS</u>

<u>Hulu LLC                   </u>
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>Saris, USDC.</u>

The Court having been advised on <u>  9/20/18  </u> that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

<u>  10/2/18       </u>
        Date

<u>  /s/ Maryellen Molloy  </u>
        Deputy Clerk

(DISMISSAL - HULU  - SETTLEMENT 60 DAYS - 2018.wpd - 12/98)
        [stlmtodism.]